United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

JODY CRUZ, et al.,

        Plaintiffs,

    v.

PROGENESIS, INC.,

        Defendant.

Case No.  26-mc-80052-PHK

**ORDER RE: MOTION TO QUASH SUBPOENA**

Re: Dkt. 1

Pursuant to Federal Rule of Civil Procedure 45(f), the Motion to Quash [Dkt. 1] is **TRANSFERRED** to the Southern District of California as the issuing court (Case No. 3:24-cv-01789-BJC-AHG).

The Clerk of Court is respectfully directed to transfer the motion and close this case.

**IT IS SO ORDERED.**

Dated: June 15, 2026

PETER H. KANG
United States Magistrate Judge